# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

RAFAEL A. VIERA HERNANDEZ  
CARMEN L. RIVERA ALICEA

Case No. 10-10179-SEK  
Chapter 13   Attorney Name: MARILYN VALDES ORTEGA*

## I. Appearances

| | | |
|---|---|---|
| Debtor | [✓] Present | [ ] Absent |
| Joint Debtor | [✓] Present | [ ] Absent |
| Attorney for Debtor | [✓] Present | [ ] Absent |

[ ] Pro-se  
[ ] Substitute  _Att. Valdes_

Date: December 03, 2010  
Time: 11:35AM  Track: _____  
[✓] This is debtor(s) 1st Bankruptcy filing.  
Liquidation Value: T.B.D  
Creditors  _none_

## II. Oath Administered
[✓] Yes   [ ] No

## III. Documents Filed/Provided

[✓] Schedules  
[✓] Statement of Financial Affairs (SOFA)  
[✓] Statement of Current Monthly Income (SCMI)  
[✓] Credit counseling briefing certificate (CCC)  
   [ ] Waiver requested by debtor(s)  
[ ] DSO Certificate

[ ] DSO Recipient's information  
[✓] State Tax Returns 06-09  [✓] Returned  
[✓] Federal Tax Returns 06 & 08-09 [✓] Returned  
[ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting
[✓] Closed   [ ] Not Held   [ ] Continued _____ at _____

## V. Trustee's Report on Confirmation

[ ] FAVORABLE  
[✓] UNFAVORABLE

[ ] Feasibility  
[ ] Insufficiently funded  
[ ] Unfair discrimination  
[ ] Fails liquidation value test  
[ ] Fails disposable income test (I & J)  
[ ] No provision for secured creditor(s)  

[ ] Treat value of collateral separately  
[ ] No provision for insurance  
[✓] Tax returns missing  
   [ ] State - years _____  
   [✓] Federal - years 2007

[ ] No DSO certificate (Post-petition)  
[ ] Evidence of income  
   [ ] Missing   [ ] Incomplete  
[ ] Stmt. of Current Monthly Income  
   [ ] Incomplete   [ ] Missing  
   [ ] Fails commitment period   [ ] Fails Disp. Income  
[ ] Certificate of Credit briefing  
   [ ] Missing   [ ] More than 180 days  
   [ ] Issuer not certified by U.S.T.  
[ ] Incomplete schedules  
[ ] Incomplete S.O.F.A.  
[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

RAFAEL A. VIERA HERNANDEZ                  Case No. 10-10179-SEK
CARMEN L. RIVERA ALICEA         Chapter 13    Attorney Name: MARILYN VALDES ORTEGA*

VI. Plan                                                                    (Cont.)
   Date: October, 15 2010   Base $ 20,400.00   [X] Filed   Evidence of Pmt shown: _____
   Payments  1  made out of  1  due.          [ ] Not Filed

VII. Confirmation Hearing Date: January, 14, 2011 | VIII. Attorney's fees as per R. 2016(b)
                                                 | $3,000.00 - $ 270.00  = $ 2,730.00

IX. Documents to be provided w/in  10  days

[ ] Amended schedules _____        [ ] Amended S.O.F.A. _____
[ ] Insurance estimate                        [ ] Amended plan
                                              [ ] Business Documents
[ ] Assumption/Rejection executory contract      [ ] Monthly reports for the months

[ ] Appraisal _____

[ ] State tax returns years _____           [ ] Public Liability Insurance
[ ] Federal tax returns years _____         [ ] Premises _____
[ ] Correct SS # (Form B21)                   [ ] Vehicle(s) _____
   [ ] Debtor  [ ] Joint debtor               [ ] Licenses issued by:
[ ] Other:

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

COMMENTS

① Debtor informed that amended schedule A, and schedule C will be filed to include lien over inheritance property at Urb. Forest Hills.
② Amend petition: include business name: "Pinturas y Algo más".

_____                              Date: December 03, 2010
Trustee/Presiding Officer                                    (Rev.